PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MIGUEL DURAN ESPINOZA,<br><br>Defendant. | CASE NO. 1:20-CR-00222-ADA-BAM<br><br>STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA; ORDER<br><br>CURRENT DATE: November 14, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

1. By previous order, this matter was set for trial on November 14, 2023.

2. On July 28, 2023, the parties filed a signed plea agreement for defendant Jesus Miguel Duran Espinoza.

3. The parties hereby request that the Court vacate the current trial and trial confirmation as to defendant Jesus Miguel Duran Espinoza and set the matter for change of plea on September 18, 2023. Because time was previously excluded through the November 14, 2023, trial date, no further time exclusion is required.

IT IS SO STIPULATED.

STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA

1

| | |
|---|---|
| Dated: July 28, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated: July 28, 2023 | /s/ MICHAEL AED<br>MICHAEL AED<br>Counsel for Defendant<br>JESUS MIGUEL DURAN<br>ESPINOZA |

IT IS SO ORDERED.

Dated:  July 31, 2023

_____
UNITED STATES DISTRICT JUDGE