Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Jesus Miguel Duran Espinosa,<br>Defendant. | No. 1:20-CR-00222<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND [~~PROPOSED~~ ORDER]** |

On November 19, 2020, Defendant Jesus Miguel Duran Espinosa was indicted on federal charges. CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Duran Espinosa on November 16, 2020 in his criminal case. Mr. Duran Espinosa was sentenced pursuant to a plea agreement on January 8, 2024. The time for filing a direct appeal was January 22, 2024. No direct appeal was filed. Mr. Duran Espinosa was in custody at sentencing. He was given credit for time served (37 months) and released from custody. The trial phase of Mr. Duran Espinosa's criminal case has, therefore, come to an end. Having completed representation of Mr. Duran Espinosa, CJA attorney Michael J. Aed now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Duran Espinosa require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: January 25, 2025

Respectfully submitted,

/s/ Michael J. Aed
Michael J. Aed
Defendant, Miguel Jesus Duran Espinosa

**~~[PROPOSED]~~ ORDER**

Having reviewed the notice and found that attorney Michael J. Aed has completed the services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jesus Miguel Duran Espinosa at the following address and to update the docket to reflect Defendant's pro se status and contact information.

4501 E. Pinto Drive, Eloy, AZ, 85131

**IT IS SO ORDERED**

Dated: October 15, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE